**Author** ▮▮▮▮▮▮▮▮ (Facebook: 184803731)
**Sent** 2021-07-02 00:40:05 UTC
**Body** Can u get

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-02 00:58:28 UTC
**Body** Yea what up or down

**Author** ▮▮▮▮▮▮▮▮ (Facebook: 184803731)
**Sent** 2021-07-02 00:58:40 UTC
**Body** Down



Government Exhibit 1
Case 23-CR-01009

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-02 00:58:58 UTC
**Body** How much

**Author** ▮▮▮▮▮▮ (Facebook: 184803731)
**Sent** 2021-07-02 00:59:13 UTC
**Body** Depends what i can get

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-02 01:00:37 UTC
**Body** Well he just does 40s n on up . Like the most I've ever gotten from this new person is 80 n I don't know what it exactly weighed but the person who got it was happy

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-02 01:02:13 UTC
**Body** Well I'm heading there for something else so I guess just let me kno.

**Author** ▮▮▮▮▮▮ (Facebook: 184803731)
**Sent** 2021-07-02 01:04:38 UTC
**Body** Im in galena atm will be leaving shortly.. is this old dude

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-02 01:04:53 UTC
**Body** No

**Author** ▮▮▮▮▮▮ (Facebook: 184803731)
**Sent** 2021-07-02 01:05:27 UTC
**Body** Ill message u when i get back in town

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-02 01:05:34 UTC
**Body** Ok

**Author** ▮▮▮▮▮▮ (Facebook: 184803731)
**Sent** 2021-07-02 01:10:07 UTC
**Body** Am i able to toss it on scale

**Author** ▮▮▮▮▮▮ (Facebook: 184803731)
**Sent** 2021-07-02 01:10:43 UTC
**Body** Ask what id get for 60

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-02 01:19:43 UTC
**Body** Bad news , he ain't selling it anymore.. 3 people overdosed yesterday including him this morning so he refuses to get rid of anymore

**Author** ▮▮▮▮▮▮ (Facebook: 184803731)
**Sent** 2021-07-02 01:20:04 UTC
**Body** 🙁🙁
**Attachments** sticker (369239263222822)
    **Type** image/png
    **Size**
    **URL** https://interncache-ftw.fbcdn.net/v/t39.1997-6/39178562_1505197616293642_5411344281094848512_n.png?ccb=1-5&_nc_sid=0572db&efg=e

yJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9lbnRpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=00_AT_66dmw46c4Gdqha6ZcATcdJOTY9qHPr4z75ln72Qk4JQ&oe=61E6608B



**Photo ID** 369239263222822

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-02 01:21:05 UTC
**Body** Its stupid cuz I did sum and didn't think it was horribly strong. People just do too much and can't handle their shit n ruin it for others

**Author** ▇▇▇▇▇▇▇ (Facebook: 184803731)
**Sent** 2021-07-02 01:25:19 UTC
**Body** Yep

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-02 15:28:34 UTC
**Body** I can get u that down possibly. I guess dudes bk to getting rid of the shit so let me kno

**Author** ▇▇▇▇▇▇▇ (Facebook: 184803731)
**Sent** 2021-07-02 15:45:13 UTC
**Body** If you could figure out what it would weigh on scale for 80 ill take some even give you some but if its gonna be outrageous then id rather not be the one thats fucked out of the situation

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-02 15:51:23 UTC
**Body** I'll ask what u get for 80 quick

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-02 16:34:55 UTC
**Body** You sent a photo.
**Attachments** image-552059765805699 (552059765805699)
**Type** image/jpeg
**Size** 51416
**URL** https://interncache-ftw.fbcdn.net/v/t1.15752-9/201085014_552059769139032_2820626603381805605_n.jpg?_ccb=1-5&_nc_sid=73a6a0&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9pbW9nZW46RFlJTWVkaWFVdGlscyJ9&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=03_AVIr65CxretYoKZgtbeku7qh1Cgnv7igzrNDFdQnS1P7_Q&oe=6206097C



Photo ID
552059765805699

| | |
|---|---|
| **Author** | Cari Bedtka (Facebook: 1584572981) |
| **Sent** | 2021-07-02 16:35:07 UTC |
| **Body** | Thats the answer I got |

| | |
|---|---|
| **Author** | (Facebook: 184803731) |
| **Sent** | 2021-07-02 21:56:14 UTC |
| **Body** | If i can get .3 for 80 ill dp thar |

| | |
|---|---|
| **Author** | (Facebook: 184803731) |
| **Sent** | 2021-07-02 21:56:20 UTC |
| **Body** | Can u get it still? |

| | |
|---|---|
| **Author** | (Facebook: 184803731) |
| **Sent** | 2021-07-02 21:56:50 UTC |
| **Body** | Didnt get your msg till just now for some reason |

| | |
|---|---|
| **Author** | (Facebook: 184803731) |
| **Sent** | 2021-07-02 22:05:17 UTC |
| **Body** | You missed a call from |

| | |
|---|---|
| **Author** | (Facebook: 184803731) |
| **Sent** | 2021-07-02 22:12:09 UTC |
| **Body** | Can u get it still? |

| | |
|---|---|
| **Author** | (Facebook: 184803731) |
| **Sent** | 2021-07-02 22:51:38 UTC |
| **Body** | Yo |

| | |
|---|---|
| **Author** | (Facebook: 184803731) |
| **Sent** | 2021-07-02 22:56:11 UTC |
| **Body** | You missed a call from |

| | |
|---|---|
| **Author** | Cari Bedtka (Facebook: 1584572981) |
| **Sent** | 2021-07-02 23:04:55 UTC |
| **Body** | Woahhhh. I fell asleep. Yea u can still prbly get that. |

| | |
|---|---|
| **Author** | (Facebook: 184803731) |
| **Sent** | 2021-07-02 23:10:43 UTC |
| **Body** | Well lmk im just leaving eagles market now |

| | |
|---|---|
| **Author** | Cari Bedtka (Facebook: 1584572981) |
| **Sent** | 2021-07-02 23:12:20 UTC |
| **Body** | Ok ill check rn |

| | |
|---|---|
| **Author** | Cari Bedtka (Facebook: 1584572981) |
| **Sent** | 2021-07-02 23:12:32 UTC |
| **Body** | How much.. 80? |

| | |
|---|---|
| **Author** | (Facebook: 184803731) |
| **Sent** | 2021-07-02 23:12:39 UTC |

**Body** Yea

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-02 23:12:48 UTC
**Body** K one sec

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-02 23:19:40 UTC
**Body** Ok I can get it. But he's at a friend's rn and he said as soon as he's done he will meet me. But just don't kno exactly how long yet before he can. Soooo, I can get it for u for sure, its just we gotta go on his time.

**Author** (Facebook: 184803731)
**Sent** 2021-07-02 23:19:57 UTC
**Body** Ok lmk

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-02 23:21:17 UTC
**Body** Ok I will the second he calls me n is ready.. be prepared to come pick me up immediately cuz he's gotta meet me before he goes bk home.  No traffic at his house no more.

**Author** (Facebook: 184803731)
**Sent** 2021-07-02 23:30:35 UTC
**Body** Ok....n its good for sure?

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-02 23:30:58 UTC
**Body** Yea didn't u read the message..... its super strong

**Author** (Facebook: 184803731)
**Sent** 2021-07-02 23:31:06 UTC
**Body** Ive bout had it with the short af/dog shit down lol

**Author** (Facebook: 184803731)
**Sent** 2021-07-02 23:31:11 UTC
**Body** Yea i just had dbl check

**Author** (Facebook: 184803731)
**Sent** 2021-07-02 23:31:13 UTC
**Body** Lol

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-02 23:31:43 UTC
**Body** Yea this guy don't lie. He's one of my best friends.  He just got out of prison

**Author** (Facebook: 184803731)
**Sent** 2021-07-02 23:32:26 UTC
**Body** Thomas had some pther day n it smelled good but was wet af n short af....found out after it came from old dude....told him i refuse to let that old fuck shaft me anymore

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-02 23:32:47 UTC
**Body** U should take me to Walmart while we r waiting. Thatd be cool. Id give u gas

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-02 23:32:55 UTC
**Body** Gross

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-02 23:33:01 UTC
**Body** Wtf he give u

**Author** ▓▓▓▓▓▓ (Facebook: 184803731)
**Sent** 2021-07-02 23:33:39 UTC
**Body** Idk....it u smelled like down....i think it was left of what that dope hoe bitch had thomas fucks with.....idk if he wet it or she did

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-02 23:34:01 UTC
**Body** Awhhh yea she gets garbage

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-02 23:39:31 UTC
**Body** Well just let me kno if u can run me to Walmart or not. I have my list all made. Id run super fast n that way by the time I'm done, hed prbly be ready to meet me. Just let me kno

**Author** ▓▓▓▓▓▓ (Facebook: 184803731)
**Sent** 2021-07-02 23:45:01 UTC
**Body** Yea can prlly run u walmart....thomas just stopped by quick....ill lyk wgen he leaves

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-02 23:45:16 UTC
**Body** Ok ty so much

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-02 23:49:56 UTC
**Body** Don't worry bout taking me. My girlfriend is gonna. But just be prepared for when dudes ready..

**Author** ▓▓▓▓▓▓ (Facebook: 184803731)
**Sent** 2021-07-02 23:50:16 UTC
**Body** I rdy

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-02 23:51:12 UTC
**Body** Lol k. Well ill let u know where to pick me up at when he's ready to meet.. and u swoop me up n we will go meet him

**Author** ▓▓▓▓▓▓ (Facebook: 184803731)
**Sent** 2021-07-03 00:04:05 UTC
**Body** K

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-03 02:09:55 UTC
**Body** How fast can u get me to go get that 80

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-03 02:10:13 UTC
**Body** You called ▓▓▓▓ .
**Call Record**    **Missed** false

**Duration**
11

**Author** ▮▮▮▮▮▮ (Facebook: 184803731)
**Sent** 2021-07-03 02:22:35 UTC
**Body** passing walgreens

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-03 02:22:54 UTC
**Body** K

**Author** ▮▮▮▮▮▮ (Facebook: 184803731)
**Sent** 2021-07-03 02:24:19 UTC
**Body** Xommin down ur street

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-03 02:24:28 UTC
**Body** K

**Author** ▮▮▮▮▮▮ (Facebook: 184803731)
**Sent** 2021-07-05 15:55:43 UTC
**Body** Fucking 🤮🤮

**Author** ▮▮▮▮▮▮ (Facebook: 184803731)
**Sent** 2021-07-05 15:57:41 UTC
**Body** Been while since had stuff like that haha....first bump was lil too big n we both puked few times lol....after that made em real small n got nice buzz without the puking hah

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-05 18:15:36 UTC
**Body** Lol

**Author** ▮▮▮▮▮▮ (Facebook: 184803731)
**Sent** 2021-07-05 18:27:55 UTC
**Body** He got more or wat?

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-05 18:28:36 UTC
**Body** I honestly don't kno.. I can check tho

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-05 18:29:33 UTC
**Body** I messaged him, he's not online but as soon as he gets bk to me I'll let u knk

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-05 18:38:48 UTC
**Body** Yea he still has sum.

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-05 18:39:25 UTC
**Body** How much do u want cuz id preferably would like to go get asap cuz I got a ton of shit to do

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-05 18:40:23 UTC
**Body** ▮▮▮▮ missed your call.

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-05 18:41:27 UTC
**Body** Yooohooo r u there

**Author** (Facebook: 184803731)
**Sent** 2021-07-05 19:03:34 UTC
**Body** Id do 80 im runnin get cash rn

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-05 19:04:25 UTC
**Body** Ok then u wanna swing n pick me up

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-05 19:12:51 UTC
**Body** Well fuck. Now dude isn't answering me bk on where to meet him. I'm getting pissed off man. I got so much shit to do today. Ill have to let u kno when he messages me bk on location

**Author** (Facebook: 184803731)
**Sent** 2021-07-05 20:54:42 UTC
**Body** U hear from him yet?

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-05 20:56:56 UTC
**Body** No. Ill try him soon though, I just got home from taking a ua n I gotta change n shit.. so if I don't hear from him by the time I'm done ill message him

**Author** (Facebook: 184803731)
**Sent** 2021-07-05 21:59:15 UTC
**Body** Su

**Author** (Facebook: 184803731)
**Sent** 2021-07-05 21:59:20 UTC
**Body** Sup

**Author** (Facebook: 184803731)
**Sent** 2021-07-05 22:02:20 UTC
**Body** 👍
**Attachments** sticker (369239263222822)
　　**Type** image/png
　　**Size**
　　**URL** https://interncache-ftw.fbcdn.net/v/t39.1997-6/39178562_1505197616293642_5411344281094848512_n.png?ccb=1-5&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJwaHBfdXJsZ2VuX2NsaWVudC9zbnRpdHkvc3RpY2tlcnMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_nc_ht=interncache-ftw&oh=00_AT_66dmw46c4Gdqha6ZcATcdJOTY9qHPr4z75ln72Qk4JQ&oe=61E6608B



**Photo ID**
369239263222822

**Author** ▓▓▓▓▓▓ (Facebook: 184803731)
**Sent** 2021-07-05 23:19:29 UTC
**Body** You missed a call from ▓▓▓▓

**Author** ▓▓▓▓▓▓ (Facebook: 184803731)
**Sent** 2021-07-06 18:02:54 UTC
**Body** Can u get that still?

**Author** ▓▓▓▓▓▓ (Facebook: 184803731)
**Sent** 2021-07-06 18:03:26 UTC
**Body** Ill give u for helping me out

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-06 18:04:55 UTC
**Body** All I can do is try. Dude must of passed out yesterday cuz he's been off line for 20 hrs so I won't know til he wakes up n responds bk

**Author** ▓▓▓▓▓▓ (Facebook: 184803731)
**Sent** 2021-07-06 18:05:09 UTC
**Body** Ok

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-06 18:05:29 UTC
**Body** I'll let you kno right away tho

**Author** ▓▓▓▓▓▓ (Facebook: 184803731)
**Sent** 2021-07-06 18:06:02 UTC
**Body** Ok

**Author** ▓▓▓▓▓▓ (Facebook: 184803731)
**Sent** 2021-07-07 04:31:49 UTC
**Body** Anyword

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 04:32:36 UTC
**Body** Hes in jail

**Author** ▓▓▓▓▓▓ (Facebook: 184803731)
**Sent** 2021-07-07 04:32:56 UTC
**Body** Damn

**Author** ▓▓▓▓▓▓ (Facebook: 184803731)
**Sent** 2021-07-07 04:33:00 UTC
**Body** That sucks

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 04:33:15 UTC
**Body** Ik

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 04:37:19 UTC
**Body** Hey I can get some rn. I'm with someone else that has sum.. I just didn't know for sure if he's willing to part or not. So if u want let me kno

**Author** ▮▮▮▮▮▮ (Facebook: 184803731)
**Sent** 2021-07-07 04:37:47 UTC
**Body** Ok

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 04:37:53 UTC
**Body** How much

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 04:38:25 UTC
**Body** And u can come to Lincoln Street by Audubon school. Ill have it on me. We don't gotta go no where

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 04:38:49 UTC
**Body** Its not the old man either

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 04:38:53 UTC
**Body** Lol

**Author** ▮▮▮▮▮▮ (Facebook: 184803731)
**Sent** 2021-07-07 04:40:25 UTC
**Body** It like it was last time?

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 04:41:13 UTC
**Body** This is a whole new black guy with decent down and its not exactly like the shit that my friend had.. 2 different people

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 04:41:35 UTC
**Body** I shouldn't say new. I've known him for a couple years

**Author** ▮▮▮▮▮▮ (Facebook: 184803731)
**Sent** 2021-07-07 04:41:37 UTC
**Body** What he give me for 60

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 04:41:45 UTC
**Body** Hold on checking

**Author** ▮▮▮▮▮▮ (Facebook: 184803731)
**Sent** 2021-07-07 04:41:49 UTC
**Body** K

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 04:43:02 UTC
**Body** Hold on one sec.. I'm waiting for him to get off the phone.. sorry ..lol

**Author** ▮▮▮▮▮▮ (Facebook: 184803731)
**Sent** 2021-07-07 04:43:10 UTC
**Body** Ok

**Author** ▮▮▮▮▮▮ (Facebook: 184803731)
**Sent** 2021-07-07 04:43:37 UTC
**Body** I can leave whenever just lmk

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 04:47:58 UTC
**Body** Ok so dude don't exactly weigh it. He bags it up and u get what u get... but he said u r getting ur moneys worth n not too worry. I've noticed this aint the first h dealer that gets pissy when u want an exact amount.   I'm sorry but he said ull get what it's supposed to be

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 04:48:27 UTC
**Body** But u can leave right now if u want ..

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 04:48:46 UTC
**Body** Believe me I'm not gonna let him fuck u

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 04:49:04 UTC
**Body** Ur willing to look at it first

**Author** ███████ (Facebook: 184803731)
**Sent** 2021-07-07 04:49:14 UTC
**Body** Ok

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 04:49:26 UTC
**Body** Willing to let u**.. lol ok head out now.

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 04:49:51 UTC
**Body** Google map Audubon school. Ill be at a house across the street from it

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 04:50:20 UTC
**Body** ███ Lincoln

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 04:53:08 UTC
**Body** R u on ur way now so I can be outside

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 04:53:21 UTC
**Body** You changed the chat theme to Shadow.

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 04:53:55 UTC
**Body** You set the emoji to ▢▢▢▢▢.

**Author** ███████ (Facebook: 184803731)
**Sent** 2021-07-07 04:54:03 UTC
**Body** Leaving now

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 04:54:08 UTC
**Body** ▢▢▢▢▢

**Author** Cari Bedtka (Facebook: 1584572981)

**Sent** 2021-07-07 04:54:11 UTC
**Body** Haha

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 05:01:19 UTC
**Body** R u close??

**Author** ▓▓▓▓▓▓▓▓ (Facebook: 184803731)
**Sent** 2021-07-07 05:01:26 UTC
**Body** On way

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 05:01:38 UTC
**Body** Kk

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 05:02:54 UTC
**Body** Its the school by Hardee's on rhomberg

**Author** ▓▓▓▓▓▓▓▓ (Facebook: 184803731)
**Sent** 2021-07-07 05:03:03 UTC
**Body** K

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 05:06:11 UTC
**Body** You called ▓▓▓▓
**Call Record** **Missed** false
**Duration** 47

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 05:09:22 UTC
**Body** 14th gas station. I'm on my way now. 1-3 min.

**Author** ▓▓▓▓▓▓▓▓ (Facebook: 184803731)
**Sent** 2021-07-07 05:09:44 UTC
**Body** On loras and central?

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 05:09:46 UTC
**Body** Coming down central now so almost there

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 05:09:48 UTC
**Body** Yes

**Author** ▓▓▓▓▓▓▓▓ (Facebook: 184803731)
**Sent** 2021-07-07 17:30:54 UTC
**Body** You missed a call from ▓▓▓▓

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 17:33:14 UTC
**Body** Whats up

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-08 16:00:25 UTC
**Body** If ur looking for anymore down let me kno

**Author** ▓▓▓▓▓▓▓▓ (Facebook: 184803731)

**Sent** 2021-07-08 19:45:51 UTC
**Body** Whatsup

**Author** ██████████ (Facebook: 184803731)
**Sent** 2021-07-08 19:46:06 UTC
**Body** I got 60

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-08 19:48:10 UTC
**Body** Ok I'm shopping with my mom at the moment so as soon as im done, ill call the person n we can go get it...

**Author** ██████████ (Facebook: 184803731)
**Sent** 2021-07-08 19:51:43 UTC
**Body** How long ya thinkin

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-08 19:52:16 UTC
**Body** Not quite sure yet. Shouldn't be too long im assuming

**Author** ██████████ (Facebook: 184803731)
**Sent** 2021-07-08 19:55:47 UTC
**Body** Ok let me know

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-08 19:56:13 UTC
**Body** I will

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-08 20:20:27 UTC
**Body** I'm heading down there now to dudes house.. ill let u kno when to leave

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-08 20:24:41 UTC
**Body** I'll have u meet me on Lincoln by Audubon school

**Author** ██████████ (Facebook: 184803731)
**Sent** 2021-07-08 20:26:45 UTC
**Body** When u want me to head 9ut5

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-08 20:27:36 UTC
**Body** Let me get to dudes first n ill let u kno when to leave

**Author** ██████████ (Facebook: 184803731)
**Sent** 2021-07-08 20:32:47 UTC
**Body** Ok

**Author** ██████████ (Facebook: 184803731)
**Sent** 2021-07-08 21:05:52 UTC
**Body** Sup

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-08 21:09:05 UTC
**Body** I'm sitting at dudes with his gf rn cuz dudes sleeping. He fell out before I got here so we r waiting fir the retard to wake up

**Author** ▮▮▮▮▮▮ (Facebook: 184803731)
**Sent** 2021-07-08 21:11:32 UTC
**Body** Damn....I gotta get going to my moms real soon

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-08 21:12:44 UTC
**Body** This is pathetic.. shes been trying to wake him up.  But he's fuckin trashed beyond trashed passed out...like I hate h dealers that do their product

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-08 21:13:06 UTC
**Body** Wtf he tell me to come here for n then do this

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-08 21:13:25 UTC
**Body** I walked my ass all the way here for this

**Author** ▮▮▮▮▮▮ (Facebook: 184803731)
**Sent** 2021-07-08 21:13:37 UTC
**Body** Lol

**Author** ▮▮▮▮▮▮ (Facebook: 184803731)
**Sent** 2021-07-08 21:14:11 UTC
**Body** Can't she get it for ya?

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-08 21:14:14 UTC
**Body** Its one god damn thing after another with people I swear to God. I wish one time something would go smoothly

**Author** ▮▮▮▮▮▮ (Facebook: 184803731)
**Sent** 2021-07-08 21:14:24 UTC
**Body** No doubt

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-08 21:14:28 UTC
**Body** She don't know the combination to the safe

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-08 21:14:38 UTC
**Body** Hes got it all locked up

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-08 21:14:57 UTC
**Body** Fuckin nigger.. for real

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-08 21:15:31 UTC
**Body** Watch by the time I go all the way bk home he wakes up miraculously

**Author** ▮▮▮▮▮▮ (Facebook: 184803731)
**Sent** 2021-07-08 21:23:40 UTC
**Body** Does he need some narcan? Lol

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-08 21:24:48 UTC

**Body** Lol no doubt

**Author** ███████ (Facebook: 184803731)
**Sent** 2021-07-08 21:25:24 UTC
**Body** U going back home then?

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-08 21:26:04 UTC
**Body** Soon prbly if he don't wake up pretty soon

**Author** ███████ (Facebook: 184803731)
**Sent** 2021-07-08 21:27:04 UTC
**Body** K...let me know

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-08 21:27:32 UTC
**Body** I will for sure

**Author** ███████ (Facebook: 184803731)
**Sent** 2021-07-08 21:28:27 UTC
**Body** I'm at Ron's putting air in tire r n...if u want ride home I can give u one

**Author** ███████ (Facebook: 184803731)
**Sent** 2021-07-08 21:28:33 UTC
**Body** 􏰀􏰀􏰀􏰀􏰀

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-08 21:28:58 UTC
**Body** Na its ok. Someone is grabbing me who I gotta get up for

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-08 21:29:03 UTC
**Body** Thank u thou

**Author** ███████ (Facebook: 184803731)
**Sent** 2021-07-08 21:29:34 UTC
**Body** Yep

**Author** ███████ (Facebook: 184803731)
**Sent** 2021-07-08 21:31:00 UTC
**Body** Just lemme know when it's good to go or whatever

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-08 21:31:10 UTC
**Body** I will