**Thread** (10218896348831456)
**Current** 2022-01-15 05:18:03 UTC
**Participants** ▮▮▮▮▮▮▮▮▮ (Facebook: 100000465727974)
Cari Bedtka (Facebook: 1584572981)

**Author** ▮▮▮▮▮▮▮▮▮ (Facebook: 100000465727974)
**Sent** 2021-06-28 03:30:06 UTC
**Body** Hey for what irs worth im am sorry about the dhs shit girl but u have to understand how much the few family members im close to mean to me..and thank God that story was bullshit ..now on to what im texting about is u told me u ha e a way I can pass every u.a I need help cuz Ross wants to let me go early and I had a dirty one last visit with him I ha e to pass to get off and no way will I do baking soda ever again that was all bad fr

**Author** ▮▮▮▮▮▮▮▮▮ (Facebook: 100000465727974)
**Sent** 2021-06-28 03:30:16 UTC
**Body** Help a bitch out please

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-06-29 13:01:47 UTC
**Body** Sorry ▮ I was passed out for 2 days... and I accept ur apology. I just hope u guys would believe that id never ever call dhs on anyone ever.  U don't play with someone's kids ya kno. I could never be that low. But anyways yea to pass a ua u need to take a little shooter bottle and obviously have it filled with clean pee... but where the lid would go u tape/glue a piece of tin foil over the opening. Stick it up ur vagina.  Now right before u go in the building u gotta prick the tin foil with ur finger nail.. and squeeze ur muscles as tight as u can.  Ur gonna have to practice a bit til u get it right.

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-06-29 13:03:43 UTC
**Body** Itd be easier for me to show u how to make the bottle up in person.. u gotta use electrical tape to hold the foil in place over the opening

**Author** ▮▮▮▮▮▮▮▮▮ (Facebook: 100000465727974)
**Sent** 2021-06-29 15:33:51 UTC
**Body** No problem when u free i go on the 30th

**Government Exhibit 2**
**Case 23-CR-01009**

| | |
|---|---|
| **Author** | ▮▮▮▮▮ (Facebook: 100000465727974) |
| **Sent** | 2021-07-02 16:37:16 UTC |
| **Body** | Hey girl u have anytime later to hang for a bit Ross is not happy and I need help I have to pass |
| **Author** | Cari Bedtka (Facebook: 1584572981) |
| **Sent** | 2021-07-02 16:39:17 UTC |
| **Body** | Yea I can anytime after 445pm. Just let me kno. I could have u stop by my house n ill show u |
| **Author** | DeeAnn Mcclain Carner (Facebook: 100000465727974) |
| **Sent** | 2021-07-02 16:46:13 UTC |
| **Body** | Sweet thanks ▮▮▮▮▮ stole my car and total it in savanna so I am trying to get that figured out but I'm def gonna see today ill get goodies for us from Thomas to |
| **Author** | Cari Bedtka (Facebook: 1584572981) |
| **Sent** | 2021-07-02 16:47:51 UTC |
| **Body** | Ok cool. Thanks. Just let me kno |

| | |
|---|---|
| **Author** | Cari Bedtka (Facebook: 1584572981) |
| **Sent** | 2021-05-27 15:44:00 UTC |
| **Body** | U don't happen to have clean pee I could buy from u do u |

| | |
|---|---|
| **Author** | Cari Bedtka (Facebook: 1584572981) |
| **Sent** | 2021-05-27 15:44:12 UTC |
| **Body** | Idk if u smoke weed or not |

| | |
|---|---|
| **Author** | ▇▇▇▇▇▇▇▇▇▇ (Facebook: 100000058324473) |
| **Sent** | 2021-05-27 15:44:52 UTC |
| **Body** | Lol nah I don't.. Girl im not selling my pee.. I got you.. ESP if it keeps u from going to prison. |

| | |
|---|---|
| **Author** | Cari Bedtka (Facebook: 1584572981) |
| **Sent** | 2021-05-27 15:45:57 UTC |
| **Body** | Lol ok so ud be willing to hook me up with some for my future ua. I got enough for today but then my stash is out n I'm on the color system so I get randoms |

| | |
|---|---|
| **Author** | Cari Bedtka (Facebook: 1584572981) |

**Sent** 2021-05-27 15:46:25 UTC
**Body** And I can't give up the damn weed in my life

**Author** ▮▮▮▮▮▮▮▮▮▮ (Facebook: 100000058324473)
**Sent** 2021-05-27 15:46:33 UTC
**Body** Ahh I see.. Yeah lmk.

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-05-27 15:46:52 UTC
**Body** Ok thank u sooo soo much. I'll let u kno for sure

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-05-27 15:47:23 UTC
**Body** I'll throw u 10 bucks for it anyways for helping me. I appreciate it so much

**Author** ▮▮▮▮▮▮▮▮▮▮ (Facebook: 100000058324473)
**Sent** 2021-05-27 15:47:31 UTC
**Body** Ok..

**Author** ▮▮▮▮▮▮▮▮▮▮ (Facebook: 100000058324473)
**Sent** 2021-05-27 15:47:43 UTC
**Body** Im not worried about the money.. All good

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-05-27 15:47:43 UTC
**Body** Ur awesome

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-05-27 15:48:00 UTC
**Body** Ok ill be for sure in touch

**Author** ▮▮▮▮▮▮▮▮▮▮ (Facebook: 100000058324473)
**Sent** 2021-05-27 15:48:38 UTC
**Body** Okay sounds good.. Pls keep between us tho cause others that have asked.. I've always said no.

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-05-27 15:48:52 UTC
**Body** Of course..my lips r sealed

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-05-27 15:48:59 UTC
**Body** U got my word

**Author** ▮▮▮▮▮▮▮▮▮▮ (Facebook: 100000058324473)
**Sent** 2021-05-27 15:49:11 UTC
**Body** Its sad how many ppl want my pee.. Never imagined that one 🙄

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-05-27 15:49:22 UTC
**Body** Lol no doubt

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-05-27 15:49:32 UTC
**Body** Craziness... lol

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-05-03 22:28:26 UTC
**Body** Hey u.interested in any black tar h... its in liquid form and u gotta sniff it.. its pretty darnn good.



**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-05-16 20:53:23 UTC
**Body** Do u got some pee i get from ya
I'll throw u 10 bucks for it

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-05-16 20:56:46 UTC
**Body** Opp disregard the pee message, my mom got me sum clean pee. Lol so I'm set for now. But ill be calling u in the future for sum if that's ok

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-05-16 21:24:12 UTC
**Body** Ok I'm sorry but I take that back, my moms friends boyfriend is freaking out about getting the clean pee from their kid.. is there anyway I can get sum from you then. I could come get it around 930pm. That'll give u plenty of time to collect it.. but just let me know for sure if I can come around that time

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-05-27 13:37:06 UTC
**Body** Hey do u think its possible to get some clean pee from ya...sometim3 soon .. and of course I'll pay u for it