**Author** ▉▉▉▉▉▉ (Facebook: 100013155600121)
**Sent** 2021-07-07 02:50:41 UTC
**Body** I keep getting Rob this sucks what happened to good people

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 02:54:10 UTC
**Body** Ha, there aren't any. Sorry u should have gone thru me. I don't rip people off. I'm not known for doing that n I get dope for a lot of people for years now. But I told u that last time. Who ripped u off now? Same person or what. Another thing is I'm mutual with every dealer in this town so I can go to anyone I want n always can get it

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 02:55:37 UTC
**Body** U seriously can't barely trust anyone in this game. Its terrible but I don't get ripped off. Haven't been ripped off in a couple years

**Author** ▉▉▉▉▉▉ (Facebook: 100013155600121)
**Sent** 2021-07-07 02:56:18 UTC
**Body** No his name is ▉

**Author** ▉▉▉▉▉▉ (Facebook: 100013155600121)

**Government Exhibit**
**3**
Case
23-CR-01009

**Sent** 2021-07-07 02:56:39 UTC
**Body** I will get ahold of you when I cash again ugg

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 02:56:47 UTC
**Body** Ok

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 02:57:12 UTC
**Body** It wasn't ▓▓▓▓ was it

**Author** ▓▓▓▓ (Facebook: 100013155600121)
**Sent** 2021-07-07 02:57:31 UTC
**Body** I don't know his last name

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 02:58:49 UTC
**Body** Well I sure the fuck hope not. But he's not like that but if he don't know ya well then that changes everything. Hmmm.. I wonder what ▓▓ it was....

**Author** ▓▓▓▓ (Facebook: 100013155600121)
**Sent** 2021-07-07 03:00:03 UTC
**Body** I wish I new I paid 60 and I got .6 not cool in my book

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 03:01:06 UTC
**Body** Ha, I can get ts for 60 but thats my price..... and ud be goin thru a middle man but id at least give u a g for 60

**Author** ▓▓▓▓ (Facebook: 100013155600121)
**Sent** 2021-07-07 03:02:19 UTC
**Body** Right that's all I wanted then he wants me to give him some if I did that I would not have any left lol

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 03:04:02 UTC
**Body** Wow what a jew..... and he had it himself??? I mean ud get hooked up better by me a middle man... thats pathetic on his part. What a rum... cuz I bet the dope ain't fire either..ha

**Author** ▓▓▓▓ (Facebook: 100013155600121)
**Sent** 2021-07-07 03:05:24 UTC
**Body** Nope not really but I will give you a jingle tomorrow if that's cool

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 03:05:48 UTC
**Body** Sure. Sounds good

**Author** Scott Puccio (Facebook: 100013155600121)
**Sent** 2021-07-07 03:07:47 UTC
**Body** Thank you

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 03:07:58 UTC
**Body** Yw

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-04-27 23:18:10 UTC
**Body** Well if you ever need. I dont got that problem. I can get it whatever up or hard anytime.. no matter what.. and no problem

**Author** ███████ (Facebook: 1429743861)
**Sent** 2021-04-27 23:28:35 UTC
**Body** Really? Shit, I'd take like $150-170 worth right now, seriously. And I have a few addys and Xanax left if you want em.

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-04-27 23:32:28 UTC
**Body** Yes i do n yes i can. Hold on. Ill call my dude. U wany up or hard

**Author** ███████ (Facebook: 1429743861)
**Sent** 2021-04-27 23:35:02 UTC
**Body** Hard for sure. Does up mean soft?

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-04-27 23:35:10 UTC
**Body** Up is meth

**Author** ███████ (Facebook: 1429743861)
**Sent** 2021-04-27 23:35:17 UTC
**Body** Oh

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-04-27 23:35:19 UTC
**Body** Ice

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-04-27 23:35:39 UTC
**Body** Ok ill call my hard dude..

**Author** ███████ (Facebook: 1429743861)
**Sent** 2021-04-27 23:38:39 UTC
**Body** Thanks. And I'd take like $50 of up too.

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-04-27 23:39:34 UTC
**Body** Ok just one sec

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-04-27 23:45:50 UTC
**Body** K come get me.

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-04-27 23:46:19 UTC
**Body** ███ Windsor. We gitta go to 2 diff spots to get each

**Author** ███████ (Facebook: 1429743861)
**Sent** 2021-04-27 23:46:48 UTC
**Body** Ok

**Thread** (10221772812821258)
**Current** 2021-07-09 17:57:44 UTC
**Participants** ▮▮▮▮▮ (Facebook: 100053189502530)
Cari Bedtka (Facebook: 1584572981)

**Author** ▮▮▮▮▮ (Facebook: 100053189502530)
**Sent** 2021-07-06 21:15:33 UTC
**Body** What's up

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-06 21:35:56 UTC
**Body** Well hey whats up

**Author** ▮▮▮▮▮ (Facebook: 100053189502530)
**Sent** 2021-07-06 21:47:47 UTC
**Body** Just got out of prison like 3 hours ago lol

**Author** ▮▮▮▮▮ (Facebook: 100053189502530)
**Sent** 2021-07-06 21:47:49 UTC
**Body** How you been

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 00:09:45 UTC
**Body** Oh wow.. thats great tho.. I bet ur glad to be out. Do u have to go thru the half way house or just straight parole..anyways, I'm doin good. I am bk at the methadone clinic tho so I always have my take home I get rid of if ur ever interested in that shit again lol

**Author** ▮▮▮▮▮ (Facebook: 100053189502530)
**Sent** 2021-07-07 00:17:23 UTC
**Body** Got one now?

**Author** ▮▮▮▮▮ (Facebook: 100053189502530)
**Sent** 2021-07-07 00:17:38 UTC
**Body** I'll be in town in like 3 hours. I have to go to the halfway house in waterloo for 4 months. I'll be back on suboxone tho

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 00:17:40 UTC
**Body** Unfortunately not til Saturday

**Author** ▮▮▮▮▮ (Facebook: 100053189502530)
**Sent** 2021-07-07 00:17:50 UTC
**Body** Fuuuck! I'm only in town for the night

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 00:18:51 UTC
**Body** Damn..yea Saturdays my only take home day for Sunday.. I keep failing my uas for meth, crack n benzos.. so I don't get any extra take homes

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 00:19:42 UTC
**Body** I personally don't think its any of their buisness

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 00:20:02 UTC
**Body** I can do what I want as long as its not heroin. Hahaha

**Author** ▮▮▮▮▮ (Facebook: 100053189502530)
**Sent** 2021-07-07 00:20:05 UTC
**Body** That's rough. I had to go to the clinic everyday for my subs for a long time then switched to peoples clinic and got 2 weeks at a time

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 00:20:43 UTC
**Body** Yea it totally sucks goin every fyckin day. But I can't give up my other drugs

**Author** ▮▮▮▮▮ (Facebook: 100053189502530)
**Sent** 2021-07-07 00:22:40 UTC
**Body** It's still all the way in galena too?

**Author** Cari Bedtka (Facebook: 1584572981)
**Sent** 2021-07-07 00:22:51 UTC
**Body** Yup